**Order entered August 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00076-CR

## JAMES LOYD BANKSTON, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31508CC**

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lara Bracamonte; (3) Ms. Bracamonte's explanation for the delay in filing appellant's brief is due to other case work and family and personal medical issues; and (4) Ms. Bracamonte requested thirty additional days from the August 8, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 8, 2014**. Because appellant has already been granted one thirty-day extension of time to file his brief and the brief is now more

than two months overdue following that extension, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE